DAYTON BAR ASSOCIATION *v.* TIMEN.

[Cite as Dayton Bar Assn. v. Timen (1980), 62 Ohio St. 2d 357.]

(D.D. No. 80-9—Decided June 18, 1980.)

*Mr. Leo F. Krebs* and *Mr. Dale E. Creech, Jr.,* for relator.
*Mr. William J. Abraham* and *Mr. Barry D. Levy,* for respondent.

*Per Curiam.* After an examination and review of the record in this cause, this court concurs with the findings of fact

and recommendation of the board of commissioners, and orders a public reprimand to be issued against respondent, Elmer G. Timen.

*Judgment accordingly.*

CELEBREZZE, C. J., HERBERT, W. BROWN, P. BROWN, SWEENEY, LOCHER and HOLMES, JJ., concur.